1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-00075-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CRESCENCIO DELGADO-ESQUIVEL, et al., | Date: December 15, 2011 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMACICA-ARELANO; CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA; that the status conference of November 17, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on December 15, 2011, at 9:00 a.m.

///

///

The reason for the continuance to allow defense counsel additional time to review the voluminous discovery, investigate the facts of the case, and communicate the progress of the preparation of each defendant's defense to each client. These tasks are made much more difficult and time consuming as all defendants are Spanish speakers and require the use of a Spanish/English interpreter to aid in the translation of documents, such as proposed plea agreements and discovery reports, and in working with any non-Spanish speaking defense counsel. The task of preparation of defendant DELGADO-ESQUIVEL's defense is made particularly more difficult because he is named as a defendant in two separate criminal cases stemming from the same criminal investigation. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the date of the parties' stipulation, November 16, 2011, and up to and including the December 15, 2011, Status Conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4 (ongoing preparation of defense counsel). The parties further stipulate and agree that the Court shall find that: (1) the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///
///
///

Stip and Order -2-

| | | |
|---|---|---|
| 1 | Dated: November 16, 2011 | Respectfully submitted, |
| 2 | | DANIEL BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Doug Beevers*<br>DOUG BEEVERS<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>CRESCENCIO DELGADO-ESQUIVEL |
| 6 | | |
| 7 | Dated: November 16, 2011 | */s/ Gilbert Roque*<br>GILBERT ROQUE |
| 8 | | Attorney for Defendant<br>SALVADOR JAMACICA-ARELANO |
| 9 | | |
| 10 | Dated: November 16, 2011 | */s/ Clemente Jimenez*<br>CLEMENTE JIMENEZ |
| 11 | | Attorney for Defendant<br>LAZARO ANDRADE-BAUTISTA |
| 14 | Dated: November 16, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| 15 | | |
| 16 | | */s/ Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney |
| 17 | | Attorney for Plaintiff |

Stip and Order                                    -3-

1 **ORDER**

2 UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3 ordered that the status conference presently set for November 17, 2011,
4 be continued to December 15, 2011, at 9:00 a.m. Based on the
5 representation of defense counsel and good cause appearing therefrom, the
6 Court hereby finds that it is unreasonable to expect adequate preparation
7 for pretrial proceedings and trial itself within the time limits
8 established in 18 U.S.C. § 3161, the requested continuance is necessary
9 to provide defense counsel reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence. The
11 Court finds the ends of justice to be served by granting a continuance
12 outweigh the best interests of the public and the defendants in a speedy
13 trial.

14 It is ordered that time from the date of the parties' stipulation,
15 November 16, 2011, up to and including, the December 15, 2011, status
16 conference shall be excluded from computation of time within which the
17 trial of this matter must be commenced under the Speedy Trial Act
18 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow
19 defense counsel reasonable time to prepare).

Dated: November 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                    -4-