1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CRESCENCIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-00075-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| CRESCENCIO DELGADO-ESQUIVEL, et al., | ) |
| | ) Date: February 9, 2012 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Morrison C. England |
| | ) |

IT IS HEREBY STIPULATED between the parties, plaintiff United States of America by its attorney SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; GILBERT ROQUE, attorney for defendant SALVADOR JAMAICA-ARELLANO; and CLEMENTE JIMENEZ, attorney for defendant LAZARO ANDRADE-BAUTISTA, that the status conference of December 15, 2011 at 9:00 a.m., be vacated, and the matter be set for status conference on February 9, 2012, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Plea agreements for some defendants are expected to be tendered shortly after ongoing negotiations are completed.  These tasks are made more difficult and time-consuming because many of the defendants are Spanish language speakers and communications with their counsel need to be conducted with the assistance of a Spanish-English language interpreter.  Defense counsel need additional time to explain the ramifications of any proposed plea agreements to their respective clients and to prepare their respective client's defense in the event that there is no pretrial resolution of this case.

All parties stipulate and agree that the Court shall find this case complex and unusual within the meaning of 18 U.S.C. Section 3161(h)(A) and (B)(ii) and Local Code T-2 because defendant Delgado-Esquivel is named as a defendant in two separate methamphetamine conspiracy and trafficking Indictments with multiple Spanish speaking only co-defendants, multiple counts, and numerous Spanish language audio recordings that must be translated to English, all of which make it unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. Section 3161.  The parties stipulate and agree that the Court shall find that the failure to grant the requested continuance in this case would deny counsel for defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///
///
///
///
///

1 | The parties agree and stipulate that the Court shall find: (1) the time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T2 (complex and unusual case) and T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, December 12, 2011, to and including February 9, 2012; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial

Accordingly, the parties respectfully request the Court adopt this proposed stipulation in its entirety as its order.

IT IS SO STIPULATED.

Dated: December 12, 2011        Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                */s/ Doug Beevers*
                                DOUG BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                CRESCENCIO DELGADO-ESQUIVEL

Dated: December 12, 2011        */s/ Gilbert Roque*
                                GILBERT ROQUE
                                Attorney for Defendant
                                SALVADOR JAMAICA-ARELLANO

Dated: December 12, 2011        */s/ Clemente Jimenez*
                                CLEMENTE JIMENEZ
                                Attorney for Defendant
                                LAZARO ANDRADE-BAUTISTA

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: December 12, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | | |
| 3 | | */s/ Samuel Wong*<br>SAMUEL WONG<br>Assistant U.S. Attorney |
| 4 | | Attorney for Plaintiff |

Stip and Order                    -4-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 15, 2011, be continued to February 9, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, December 12, 2011, up to and including, the February 9, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (complex and unusual case) and T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                    -5-