1  CLEMENTE M. JIMÉNEZ, SBN 207136
   428 J Street, Suite 355
2  Sacramento, CA 95814
3  (916) 443-8055

4
   Attorney for Defendant
5  LAZARO ANDRADE-BAUTISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00075 MCE |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| LAZARO ANDRADE-BAUTISTA, et al., | DATE: August 23, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and attorneys Gilbert Roque, Counsel for SALVADOR JAMAICA-ARELLANO; Douglas Beevers, Counsel for CRESCENCIO DELGADO-EZQUIVEL; and Clemente M. Jiménez, Counsel for LAZARO ANDRADE-BAUTISTA, that the status conference scheduled for August 23, 2012, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 20, 2012, at 9:00 a.m., for further status conference. The parties had previously agreed to obtain pre-plea reports as to each defendant. US Probation has only recently completed the reports. Counsel will require time to review the reports with their respective clients.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: August 22, 2012  /S/    Samuel Wong_____
SAMUEL WONG
Attorney for Plaintiff

/S/    Gilbert Roque_____
GILBERT ROQUE
Attorney for Salvador Jamaica-Arelano

/S/    Douglas Beevers_____
DOUGLAS BEEVERS
Attorney for Crescencio Delgado-Ezquivel

/S/    Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Lazaro Andrade-Bautista

## ORDER

The evidentiary hearing in the above-entitled matter, scheduled for August 23, 2012, at 9:00 a.m., is vacated and the matter continued to September 20, 2012, at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford US Probation time to complete pre-sentence reports and counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE