```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10                                  )
11  UNITED STATES OF AMERICA,       )  NO. 2:11-CR-00075-MCE
                                    )
12              Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                    )  STATUS CONFERENCE DATE AND
13       v.                         )  EXCLUDING TIME UNDER SPEEDY TRIAL
                                    )  ACT
14  SALVADOR JAMAICA-ARELLANO,      )
    et al.,                         )  Court:  Hon. Morrison C. England
15                                  )
                Defendants.         )
16                                  )
    _____    )
17
```

18    It is hereby stipulated and agreed to by the parties,
19 through their undersigned counsel, that:
20    1.   The presently set March 28, 2013, status conference
21 shall be continued to April 11, 2013, at 9:00 a.m.
22    2.   The time period from the date of this stipulation,
23 March 26, 2013, to and including, the new status conference
24 hearing of April 11, 2013, shall be excluded from computation of
25 time within which the trial of this case must be commenced under
26 the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and
27 Local Code T4 pertaining to defense preparation.
28 ///

1

1     3. The parties jointly request this continuance to allow each defendant and their respective attorneys additional time to: (1) intelligently decide defendant's course of action in this case, to wit: pretrial settlement or trial; (2) allow defense counsel time to conduct legal research on the sentencing factors that may be applicable to his client; and (3) allow defense counsel to conduct additional investigation to develop possible defenses and mitigating factors to provide the Probation Office and the Court. To the extent that a Spanish/English language interpreter is needed to assist counsel in communicating with his client on some of these tasks, the tasks are made more difficult and require additional time.

    The parties further stipulate and agree that the Court shall find that: (1) the failure to grant a continuance in this case would deny defendants and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

    IT IS SO STIPULATED.

Dated: March 26, 2013                     Respectfully submitted,

                                                */s/ Doug Beevers*
                                                DOUG BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                CRESCENCIO DELGADO-ESQUIVEL
                                                (per authorization from Erin McKenna)

///

///

///

```
 1                                  /s/ Gilbert Roque
                                    GILBERT ROQUE
 2                                  Attorney for Defendant
                                    SALVADOR JAMAICA-ARELLANO
 3                                  (per authorization from Mr.
                                    Roque)
 4
 5
 6                                  /s/ Clemente Jimenez
                                    CLEMENTE JIMENEZ
 7                                  Attorney for Defendant
                                    LAZARO ANDRADE-BAUTISTA
 8                                  (per telephone authorization)
 9
                                    BENJAMIN B. WAGNER
10                                  United States Attorney

11                            By:   /s/ Samuel Wong
                                    SAMUEL WONG
12                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
13
...
26   ///
27   ///
28   ///
```

**ORDER**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court orders that the presently set March 28, 2013, Trial Confirmation Hearing shall be continued to April 4, 2013, at 9:00 a.m. in Courtroom 7. The personal appearances of all counsel is required for the April 4, 2013 Trial Confirmation Hearing and the Court will not entertain further continuance requests. The April 29, 2013 Jury Trial is confirmed for 9:00 a.m. in Courtroom 7.

The Court orders that time from the date of the parties' stipulation, March 26, 2013, to, and including the new status conference on April 4, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of defense counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 28, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE