```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772

 5

 6

 7

 8          IN THE UNITED STATES DISTRICT COURT FOR THE

 9                 EASTERN DISTRICT OF CALIFORNIA

10                                     )
11  UNITED STATES OF AMERICA,          ) NO. 2:11-CR-075 MCE
                                       )
12                Plaintiff,           ) STIPULATION AND ORDER VACATING
                                       ) DEFENDANT CRESCENCIO DELGADO-
13     v.                              ) EZQUIVEL'S SENTENCING HEARING,
                                       ) SETTING BRIEFING SCHEDULE, AND
14  SALVADOR JAMAICA-ARELLANO,         ) HEARING DATE ON DEFENDANT'S
    et al.,                            ) MOTION FOR A SENTENCING JURY
15                                     )
                  Defendants.          ) Court:  Hon. Morrison C. England
16                                     )
    _____)
17

18
```

Whereas, defendant Crescencio Delgado-Ezquivel's ("defendant") sentencing date is currently set for September 26, 2013, at 9:00 a.m.;

Whereas, defendant's motion filed on September 18, 2013, for a sentencing jury appears to raise issues of a first impression;

Whereas, the undersigned prosecutor will be very busy preparing for, and conducting, the trial in United States v. Clemente Arroyo, No. 2:09-CR-273 JAM, that starts on September 30, 2013, and is expected to last for approximately one week; and

Whereas, plaintiff United States of America desires

1

additional time to respond to defendant's motion as the undersigned prosecutor will seek to obtain guidance from the Department of Justice in Washington, D.C., before completing the United States' response to defendant's motion for a sentencing jury,

It is hereby stipulated and agreed to by and between the parties, through their respective attorneys, that:

1. The September 26, 2013, sentencing hearing shall be vacated pending the resolution of defendant's motion for a sentencing jury.

2. The United States' response to defendant's motion for a sentencing jury shall be due on October 24, 2013.

3. Defendant's reply, if any, in support of his motion shall be due on October 31, 2013.

4. The hearing on defendant's motion for a sentencing jury shall be held on November 7, 2013, at 9:00 a.m.

Dated: September 20, 2013

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
_____
By: DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CRESCENCIO DELGADO-EZQUIVEL

Dated: September 20, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Samuel Wong*
_____
By: SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as the Court's order.

It is so ordered.

Dated: September 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT